June 21, 2006

Mr. Carson T. Campbell Jr.
P. O. Box 629
Brenham, TX 77834

Mr. Timothy F. Lee
Ware, Jackson, Lee & Chambers, L.L.P.
2929 Allen Parkway, 42nd Floor
Houston, TX 77019

Honorable William L. McAdams
12th District Court
Walker County Courthouse
1100 University Avenue, Ste. 202
Huntsville, TX 77340
Mr. Robert G. Gibson Jr.
P.O. Box 387
Rosenberg, TX 77471

Mr. John M. Fultz
Fultz & Davis
P.O. Box 868
Navasota, TX 77868

RE: Case Number: 06-0421
 Court of Appeals Number: 01-06-00014-CV
 Trial Court Number: 29,660

Style: IN RE ELIZABETH WOOD

Dear Counsel:

 Today the Supreme Court of Texas granted the Motion for Emergency
Relief and issued the enclosed stay order in the above-referenced case.
 In addition, pursuant to Tex. R. App. P. 55.1, you are requested to
file briefs on the merits in the above-styled case. Please refer to Tex.
R. App. P. 55 for the requirements of relators' and real parties in
interest briefs. Please note that any party may elect to rely upon the
briefs already on file with this Court by notifying this office in writing
no later than the due date of the brief. If you elect to rely upon a brief
filed with the court of appeals, you must provide twelve copies in
accordance with Tex. R. App. P. 9.3(b). The filing of a notification
letter shall invoke the same timetable as the filing of a brief. The
petition for writ of mandamus has not been granted and remains under
consideration by the Court.
 The briefing schedule is outlined below. See Tex. R. App. P. 55.7.
Please note that Tex. R. App. P. 9.2(b) does not apply. All briefs are due
to be filed in this office on or before 3:00 p.m. on the due date:
 Relator/s shall file their brief within thirty days of this date (on
 or before July 21, 2006).

 Real party/parties in interest shall file their response brief within
 twenty days after receiving relator/s brief (no later than August 10,
 2006).

 Relator/s shall file any reply brief within fifteen days after
 receiving real party/parties in interest brief (no later than August
 25, 2006).

 Additionally, the Court requests that parties submit a copy of all
briefs on the merits (including amicus and post-submission briefs) and the
respective petitions, responses, and replies - already on file - in
electronic form within ten (10) days of the date of this letter. Also,
please submit an electronic copy when filing the hard copies of any brief.
Please see the enclosed information for guidelines.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk

Enclosures

|cc:|Mr. Wayne Rucker |
| |Ms. M. Karinne |
| |McCullough |

 INFORMATION ON SUBMISSION OF ELECTRONIC BRIEFING

 In order to make more information available to the public via the
Court's website, we request that all briefs on the merits (including amicus
and post-submission briefs) be submitted electronically. Additionally, in
all cases (such as this case) in which the Court requests full briefing on
the merits, the Court requests that you submit an electronic copy of your
previously filed petition for review, petition for writ of mandamus,
response, or reply, etc., as applicable. Please submit an electronic copy
of each filing in the following form and format when filing the hard copies
of any brief.

 The Court asks the parties to submit each electronic brief in the
following form and format:

 1. Each efiling should be submitted either by email attachment or
 on a separate 3 1/2 inch floppy disc/CD.

 2. Each email attachment or disc/CD must include information or a
 label, respectively, that identifies the case name, the docket
 number, type of filing (i.e. petition for writ of mandamus,
 response, reply, relator's brief, real party in interest's
 brief, brief in reply, amicus brief), and the word-processing
 software and version used to prepare the brief. If submitting
 by email, please attach a Certificate of Compliance. A link to
 the certificate can be found on the Supreme Court's Website at
 http://www.supreme.courts.state.tx.us/ebriefs. If submitting an
 efiling on floppy disc/CD, please enclose a Certificate of
 Compliance with the disc/CD.

 3. If available, the Court prefers the use of searchable PDF files
 because files in this format generally may not be altered. If
 this format is not available to you, please use either Microsoft
 Word (up to Word 2002 (Word XP)) or WordPerfect version 7
 through 11.0. Documents submitted in these versions will be
 converted to searchable PDF by the Clerk's office.

 4. The email attachment or disc/CD must contain only an electronic
 copy of the submitted filing. The email attachment or disc/CD
 must not contain any document or material that is not included
 in the original hard copy of the filing with the Court.

 5. The email attachment or disc/CD must be free of viruses or any
 other files that would be disruptive to the Court's computer
 system.

 6. If submitting an efiling as an email attachment at the time the
 brief is filed, please advise the Clerk's office in your
 transmittal letter accompanying hard copies; please send
 efilings to scebriefs@courts.state.tx.us.

 CERTIFICATE OF COMPLIANCE

 At the request of the Court, I certify that this submitted computer
disc/CD (or email attachment) complies with the following requests of the
Court:

 1. 1. This ebrief is labeled with or accompanied by the following
 information:

 1. a. Case Name: ____________________________________
 2. b. The Docket Number: _____________________________
 3. c. The Type of Brief(s): _____________________________
 4. _____________________________________________________
 5. _____________________________________________________
 6. d. The Word Processing Software and Version Used to prepare
 the ebrief: __________________________________________________

 1. 2. This disc/CD (or email attachment) contains only an
 electronic copy of the submitted filing and does not contain any
 document or portion thereof that is not included in the filing.

 1. 3. The electronic filing is free of viruses or any other
 files that would be disruptive to the Court's computer system.
 The following software, if any, was used to ensure the filing is
 virus-free: _________________________________.

 1. 4. I understand that a copy of this filing will be posted on
 the Court's web site and becomes part of the Court's record.

_________________________________
(Signature of filing party and date)
_________________________________
(Printed name)
_________________________________
(Firm)